**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JACEN LANSFORD, individually and on behalf of all similarly situated persons,** *Plaintiff,* | § § § § | |
| v. | § § | MO:17-CV-225-DC |
| **REDZONE COIL TUBING, LLC,** *Defendant.* | § § § | |

## FINAL JUDGMENT

On July 29, 2019, the Court entered its Order Adopting United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (R&R) filed in the above-captioned cause. (Docs. 23, 24). The Court, after reviewing the Magistrate Judge's R&R for clear error, found it to be neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court **ACCEPTED** the Magistrate Judge's findings and recommendations, **ADOPTED** the R&R in its entirety, and **GRANTED** Defendant Redzone Coil Tubing, LLC's Motion for Summary Judgment. (Docs. 19, 23, 24).

Thus, pursuant to Federal Rule of Civil Procedure 58, the Court enters final judgment in this cause and **DISMISSES** Plaintiff's Complaint with prejudice. The Court further **ORDERS** the Clerk of the Court to administratively **CLOSE** this case.

It is so **ORDERED.**

**SIGNED** this 30th day of July, 2019.

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**